UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Douval Jason Rogers**                                    **Docket No. 4:14-CR-24-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Douval Jason Rogers, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack) and Distribution of a Quantity of Heroin, in violation of 21 U.S.C. §§ 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 19, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years. Douval Jason Rogers was released from custody on May 29, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 14, 2016, the defendant tested positive for marijuana, which was confirmed through laboratory analysis on June 19, 2016. The defendant did not sign an admission of drug use form; however, he acknowledged that he used marijuana during the weekend of June 10, 2016. The defendant received a verbal reprimand, and will undergo increased drug testing for his conduct. The probation officer recommends that the court continue the defendant on supervision at this time and that the drug aftercare condition be imposed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Dwayne K. Benfield                          /s/ Taron N. Seburn
Dwayne K. Benfield                              Taron N. Seburn
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                201 South Evans Street, Rm 214
                                                Greenville, NC 27858-1137
                                                Phone: 252-830-2335
                                                Executed On: June 28, 2016

**Douval Jason Rogers**
**Docket No. 4:14-CR-24-1BO**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __28__ day of __June_____, 2016, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge