UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Douval Jason Rogers**                                  **Docket No. 4:14-CR-24-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Douval Jason Rogers, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack) and Distribution of a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 19, 2014, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 10 years. Douval Jason Rogers was released from custody on May 29, 2015, at which time the term of supervised release commenced.

On June 29, 2016, a Petition for Action on Supervised Release was filed after the defendant tested positive for marijuana on June 14, 2016. The defendant received a verbal reprimand, and the court agreed to continue the defendant on supervision with the added conditions of increased drug testing and drug aftercare.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 28, and October 27, 2016, the defendant tested positive for marijuana, which was confirmed by laboratory analysis on October 2, and November 6, 2016, respectively. The defendant received a verbal reprimand, was counseled for his actions, and has enrolled in substance abuse treatment at East Coast Counseling. As a sanction for these violations, the defendant will serve a 5 day jail sanction and he will participate in the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the third use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 5 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Douval Jason Rogers
Docket No. 4:14-CR-24-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: January 5, 2017

## ORDER OF THE COURT

Considered and ordered this __10__ day of __January__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge